**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Kayla Quarles

                         Plaintiff,

v.                                        Case No.: 1:20−cv−07179
                                        Honorable Manish S. Shah

Pret A Manger (USA) Limited

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 13, 2022:

      MINUTE entry before the Honorable Manish S. Shah: The motion for excess pages and the motion for preliminary approval [43] [44] are granted. The settlement appears to be a reasonable compromise of a complicated case with risk on both sides, and the parties reached the agreement after adversarial litigation and arm's length negotiation with the assistance of a neutral mediator. The expected relief to class members provides monetary relief that well compensates class members for an alleged injury that likely caused no tangible harm. The attorneys' fees expected are high but within the range of approval and do not detract from the value received by class members. The requirements of class certification for settlement have all been met and the counsel and named plaintiff are adequate representatives. A final approval hearing is set for May 4, 2022 at 12:30 p.m., by telephone. Members of the public, media, and parties to the case may listen/participate in these proceedings by dialing 1−888−204−5984 and using access code 9146677. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The parties shall submit a revised proposed order of preliminary approval with the dates certain for the necessary deadlines in Microsoft Word format to proposed_order_shah@ilnd.uscourts.gov. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.