**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KAYLA QUARLES, individually and on behalf of all others similarly situated, | ) ) | |
| | ) | Case No. 20-cv-7179 |
| Plaintiffs, | ) | |
| v. | ) | Hon. Manish S. Shah |
| | ) | Presiding Judge |
| PRET A MANGER (USA) LIMITED, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION
TO FILE MEMORANDUM OF LAW IN EXCESS OF FIFTEEN PAGES, *INSTANTER***

Plaintiff Kayla Quarles ("Plaintiff"), by and through undersigned counsel, hereby respectfully moves the Court for an Order granting her leave to file a Motion and Memorandum in Support of Final Approval of Class Action Settlement ("Memorandum") in excess of the Court's fifteen (15) page limit, *instanter*, and in support thereof, states as follows:

1. Concurrent with this motion, Plaintiff has filed her Motion and Memorandum in Support of Preliminary Approval of Class Action Settlement as Exhibit A.

2. Local Rule 7.1 provides that no brief in excess of fifteen (15) pages shall be filed without leave of court. *See* N.D. Ill. L.R. 7.1.

3. To adequately address (A) the factual and procedural posture of the case, (B) the terms of the Parties' proposed Settlement, and (C) the fairness, adequacy, and reasonableness of the proposed Settlement, Plaintiff's Memorandum exceeds the Court's fifteen (15) page limit. While Plaintiff endeavored to be as succinct as possible, her Memorandum is twenty-one (21) pages long.

4. Prior to filing this Motion, Plaintiff's counsel conferred with counsel for Defendant Pret a Manger (USA) Limited, who does not oppose the relief sought here.

2

5.      Good cause exists to grant this motion, and the motion has not been filed for any improper purpose.

WHEREFORE, Plaintiff Kayla Quarles respectfully requests that the Court enter an Order: (A) granting this motion; (B) providing leave for Plaintiff to file the twenty-one (21) page Memorandum attached hereto as Exhibit A, *instanter*; and (C) providing such other and further relief as the Court deems reasonable and just.

Dated: April 18, 2022

Respectfully submitted,

**KAYLA QUARLES, individually and on behalf of all others similarly situated,**

By:   /s/ Gregg M. Barbakoff
        Keith J. Keogh
        Gregg M. Barbakoff
        KEOGH LAW, LTD.
        55 W. Monroe St., Suite 3390
        Chicago, Illinois 60603
        Firm No. 39042
        Tel.: (312) 726-1092
        Fax: (312) 726-1093
        keith@keoghlaw.com
        gbarbakoff@keoghlaw.com

*Attorneys for Plaintiff and the Putative Class*

102371_3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on **April 18, 2022**, I caused a copy of the foregoing document, including all attached exhibits, to be served upon all counsel of record via electronic filing using the CM/ECF system.


     /s/ Gregg M. Barbakoff   

128656